Souza v State of New York (2023 NY Slip Op 05865)

Souza v State of New York

2023 NY Slip Op 05865

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, MONTOUR, GREENWOOD, AND DELCONTE, JJ.

778 CA 23-00237

[*1]CLAUDIO SOUZA, CLAIMANT-APPELLANT,
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 130337.) 

LAWRENCE PERRY BIONDI, P.C., WHITE PLAINS (LISA M. COMEAU OF COUNSEL), FOR CLAIMANT-APPELLANT.
PILLINGER MILLER TARALLO, LLP, SYRACUSE (MARIA MASTRIANO OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Court of Claims (Ramon E. Rivera, J.), entered September 30, 2022. The order, insofar as appealed from, denied the motion of claimant for partial summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims.
Entered: November 17, 2023
Ann Dillon Flynn
Clerk of the Court